UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, , | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Cause No. 1:18-cv-2321-RLY-DLP |
| TECHNICOLOR CREATIVE SERVICES USA, INC. | ) ) ) |
| Defendant. | ) |

### [PROPOSED] ORDER

On March 15, 2019, the parties filed a Joint Stipulation of Dismissal With Prejudice and without costs assessed to either party. (Docket #34). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the Parties' Joint Stipulation of Dismissal With Prejudice (Docket #34) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice.

SO ORDERED this 27th day of March 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record